JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| HIGINIO NOYA-RODRIGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>B. BIRKHOLZ, Warden,<br><br>        Respondent. | No. 2:24-cv-00559-CAS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: July 16, 2024                    _Christine A. Snyder_
                                    HONORABLE CHRISTINA A. SNYDER
                            SENIOR UNITED STATES DISTRICT JUDGE